IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NKIRUKA ANTHONY OJEMENI,

   Plaintiff,

    v.

EDUARDO SANCHEZ,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-610-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding this action to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is remanded to the Magistrate Court of DeKalb County.

SO ORDERED, this 24 day of March, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Ojemeni\r&r.wpd